UNITED STATES of America, Plaintiff–Appellee,

v.

Cypriano GONZALES–MARTINEZ, Defendant–Appellant.

No. 05–40937

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 14, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Edward F. Garza, Corpus Christi, TX, for Defendant–Appellant.

---

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Cypriano Gonzales–Martinez (Gonzales) has moved for leave to withdraw from representation and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Gonzales has filed several responses. Our independent review of the record, counsel's brief, and Gonzales's responses shows that there are no nonfrivolous issues for appeal. Although Gonzales argues in his responses that his counsel was ineffective for various reasons, the record is insufficiently developed to allow consideration of these claims on direct appeal. *See United States v. Higdon,* 832 F.2d 312, 313–14 (5th Cir. 1987).

Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. All other outstanding motions are DENIED. *See* 5TH CIR. R. 42.2.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.